UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


UNITED STATES OF AMERICA )
)
) No. 1:04-CR-140
v. )
) Chief Judge Curtis L. Collier
)
ANTONE S. LODGE, also known as )
"Shamel Lodge" )
)


## O R D E R

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court

**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 57)

pursuant to 28 U.S.C. § 636(b)(1)(C) and Defendant's motion to suppress (Court File No. 51) is

hereby **DENIED.**


     **SO ORDERED.**

     **ENTER:**


                 **/s/**_____
                 **CURTIS L. COLLIER**
                 **CHIEF UNITED STATES DISTRICT JUDGE**